IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES MCELROY                                                                                      PETITIONER

v.                                          Case No. 4:23-cv-04090

DEXTER PAYNE                                                                                       RESPONDENT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner is James McElroy ("McElroy").  On September 25, 2023, McElroy filed the current "Petition for Correction of Illegal Sentence."  ECF No. 1.  On that same date, the Court directed McElroy to file a completed AO 241 – 28 U.S.C. § 2254 Writ of Habeas Corpus form.  ECF No. 3.  The Court placed a deadline on McElroy to complete that form by October 17, 2023.

The date of October 17, 2023, has come and gone.  Accordingly, because McElroy failed to comply with the directive of this Court and failed to submit a completed AO 241 – 28 U.S.C. § 2254 Writ of Habeas Corpus form by the required date, the Court recommends McElroy's case be dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to follow an order of this Court and failure to prosecute this action.

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court**.  *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

**DATED** this **6th day of November 2023.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE