IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES McELROY                                                                                           PLAINTIFF

v.                                          Case No. 4:23-cv-04090

DEXTER PAYNE                                                                                          DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 4. Judge Bryant recommends that this case be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to follow an order of this Court and failure to prosecute this action. *Id.*

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 4) *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of December, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge